AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 5:25 CR 00100 |
| Justen R. Balay | ) | |
| | ) | |
| *Defendant* | ) | JUDGE CALABRESE |

## WAIVER OF AN INDICTMENT

    I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

    After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.


Date: _____

                                                        _____
                                                                 *Defendant's signature*

                                                        _____
                                                          *Signature of defendant's attorney*

                                                        _____
                                                        *Printed name of defendant's attorney*

                                                        _____
                                                                  *Judge's signature*

                                                        _____
                                                        *Judge's printed name and title*