UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 5:25-cr-00100-JPC-1 |
| | : | |
| Plaintiff, | : | Judge J. Philip Calabrese |
| | : | |
| -vs- | : | |
| | : | |
| EYTON J. SENDERS, | : | **MOTION TO WITHDRAW AS** |
| | : | **COUNSEL OF RECORD** |
| Defendant. | : | |
| | : | |

Now comes undersigned counsel and respectfully moves this Honorable Court to allow Attorney Justin M. Weatherly, Esq., to withdraw as counsel of record pursuant to the above-captioned matter for the reasons more fully explained in the attached Brief in Support, incorporated hereinby reference.

Respectfully Submitted,

/s/ Justin M. Weatherly
JUSTIN M. WEATHERLY, Esq.
Reg. No. 0078343
HMW Law, Co. LPA
1231 Superior Avenue East
Cleveland, Ohio 44114
P: (216) 774-0000 – F: (216) 774-0493
jw@hmwlawfirm.com
Counsel for Defendant Eyton J. Senders

**BRIEF IN SUPPORT**

On or about March 25, 2025, undersigned counsel filed a Notice of Appearance of Co-Counsel under the above-captioned matter. This filing was made in error. Undersigned counsel was retained as co-counsel to represent the co-defendant in this matter, Jake Lindsey, and not Eyton Senders. As such, Attorney Justin M. Weatherly, Esq., respectfully moves this Honorable Court to allow them to withdraw as counsel of record in the above-captioned matter.

WHEREFORE, undersigned counsel respectfully moves this Honorable Court to allow Attorney Justin M. Weatherly, Esq., to withdraw as counsel of record pursuant to the above captioned matter.

Respectfully Submitted,

/s/ Justin M. Weatherly, Esq.
JUSTIN M. WEATHERLY, Esq.
Counsel for Defendant Eyton J. Senders

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was electronically delivered to the following on this day of 26th day of March 2025:

David M. Toepfer
Office of the U.S. Attorney - Youngstown
Northern District of Ohio
325 City Centre One
100 East Federal Plaza
Youngstown, OH 44503
330-740-6986
Fax: 330-746-0239
Email: david.toepfer@usdoj.gov

Henry F. DeBaggis , II
Office of the U.S. Attorney - Cleveland
Northern District of Ohio
Ste. 400
801 Superior Avenue, W
Cleveland, OH 44113
216-622-3749
Fax: 216-522-7499
Email: henry.debaggis@usdoj.gov

                                              /s/ Justin M. Weatherly, Esq.
                                              JUSTIN M. WEATHERLY, Esq.
                                              Counsel for Defendant Eyton J. Senders